IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERTA WILLIAMS,**<br>    **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **MATTHEW STOFFLET, WEST POTTSGROVE TOWNSHIP, GARY QUINONES and GIANT FOOD STORES, INC.,**<br>    **Defendants.** | **NO.  15-1642** |

## O R D E R

**AND NOW**, this 9th day of July, 2015, upon consideration of Defendant Matthew Stofflet and West Pottsgrove Township's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF no. 19), Defendant, Giant Food Stores, LLC's, Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 20), Defendant Gary Quinones' Motion to Dismiss Civil Action 15-1642 (ECF No. 25), and Plaintiff's request for leave to amend her Second Amended Complaint to substitute Giant Food Stores, LLC for Giant Food Stores, Inc. (ECF No. 32)  **IT IS ORDERED** that:

The Motions are **GRANTED** as to Plaintiff's claims under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments and as to her claim under *Monell v. City of N.Y. Dept. of Social Servs.*, 436 U.S. 658 (1978);

The Motions are **DENIED** in all other respects; and

This action is **REMANDED** to the Court of Common Pleas of Montgomery County.

                                            **BY THE COURT:**

                                            **/S/WENDY BEETLESTONE, J.**

                                            _____
                                            **WENDY BEETLESTONE, J.**